UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PAULINE FEIST | CIVIL ACTION NO. 09-7060 c/w 11-1585 |
| VERSUS | JUDGE MARY ANN VIAL LEMMON |
| LOUISIANA STATE DEPARTMENT OF JUSTICE | MAGISTRATE JUDGE SALLY SHUSHAN |

**PLAINTIFF'S SECOND AMENDED AND SUPPLEMENTAL COMPLAINT**

COMES NOW, Pauline Feist, through undersigned counsel, and pursuant to Court Order, files her Second Amended and Supplemental Complaint as follows:

1. The claims of the Plaintiff contained in her Complaint, Document 1 in Civil Action No. 09-7060, are incorporated herein as if stated in full.

2. The claims of the Plaintiff contained in her First Amended and Supplemental Complaint, Document 4 in Civil Action No. 11-1585, are incorporated herein as if stated in full.

3. Pauline Feist was terminated because of race discrimination, discrimination based on her disability and/or a perceived disability, and retaliation for participating in protected activity, including, but not limited to complaining of racially discriminatory wage differentials and requesting an accommodation for her disability.

4. Feist was discriminated against, harassed, and terminated from her employment with Defendant because of race discrimination and retaliation for participating in protected activity in violation of 42 U.S.C. Section 1981 et seq.

Respectfully submitted,

(s) Victor R.Farrugia

VICTOR R. FARRUGIA #19324
Attorney at Law
1100 Poydras Street
Suite 2010
New Orleans, LA 70163
(504) 525-0250
(504)293-0651
vrfarrugia@igc.org

CERTIFICATE OF SERVICE

I certify that a copy of the above and foregoing pleading has been served electronically through CM/ECF on counsel of record this 21st day of May, 2012.

(s)Victor R. Farrugia