UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PAULINE G. FEIST | CIVIL ACTION |
| VERSUS | NO: 09-7060 c/w 11-1585 |
| STATE OF LOUISIANA, DEPARTMENT OF JUSTICE | SECTION: "S" (1) |

## JUDGMENT

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of the defendant, the State of Louisiana, Department of Justice, and against the plaintiff, Pauline G. Feist, **DISMISSING** the complaint and amended complaints.

New Orleans, Louisiana, this __21st__ day of September, 2012.

MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE